THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON MACK, Respondent.

Submitted January 10, 2011; decided January 18, 2011

Motion for assignment of counsel granted and Alice L. Fontier, Esq., 2 Wall Street, 3rd Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIDRO RODRIGUEZ, Appellant.

Submitted December 13, 2010; decided January 18, 2011

Motion to vacate this Court's December 1, 2010 preclusion order granted.

ADRIENNE RAVILLE, Respondent, v SALAH ELNOMANY, Appellant.

Decided January 18, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.